

**GULKOWITZ BERGER LLP**
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006
718-744-9708 (fax)

October 17, 2025

**BY ELECTRONIC FILING**
Judge Edgardo Ramos, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Cordova et al v. The New York City Department of Education et al, 1:25-cv-03572-ER

Dear Hon. Edgardo Ramos, United States District Judge::

  We are counsel for plaintiffs in the above-referenced action ("Plaintiffs"). I write to respectfully request an order allowing Plaintiffs to file the administrative record in this matter under seal. Confidential information about the Student in this matter is contained throughout the administrative record, making it impractical to redact. Courts have allowed filings under seal of administrative records in cases involving students with disabilities. *W.A. v. Hendrick Hudson Cent. Sch. Dist.*, 219 F.Supp.3rd 421, 453 (S.D.N.Y. 2016.). The request is limited to the filing under seal of only the administrative record, which "preserve[s] higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2 nd Cir. 2006) (citations and quotations omitted).

  Therefore, Plaintiffs respectfully request that it be permitted to file the administrative record under seal.

  We thank the Court for their consideration of this matter.

Respectfully,

Shaya M. Berger

cc: ECF Counsel of Record for Defendant

---

**MEMO ENDORSED**

Plaintiffs' request is granted. Plaintiffs are allowed to file the administrative record under seal.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 17, 2025
New York, New York