

**GULKOWITZ BERGER LLP**

544 Oak Drive
Far Rockaway, NY 11691
212-208-0006
718-744-9708 (fax)

# MEMO ENDORSED

April 16, 2026

**BY ELECTRONIC FILING**
Judge Edgardo Ramos, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

| The request to file the letter is denied. |
| --- |
| SO ORDERED. |
| Edgardo Ramos, U.S.D.J. |
| Dated: April 17, 2026 |
| New York, New York |

**Re: Cordova et al v. The New York City Department of Education et al, 1:25-cv-03572-ER**

Dear Hon. Edgardo Ramos, United States District Judge::

We are counsel for plaintiffs in the above-referenced action ("Plaintiffs"). I write to respectfully request an order allowing Plaintiffs to file an exhibit, an engagement letter relevant to this proceeding, under seal. The exhibit will be filed in connection with Plaintiff's submission in opposition/reply to the pending cross motions for summary judgment. Confidential information about the Student is contained in the letter. The request is limited to the filing under seal of only the letter and not any other part of Plaintiff's intended submission, which "preserve[s] higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2nd Cir. 2006) (citations and quotations omitted).

I conferred with counsel for the Defendant, Darian Alexander,Esq., who advised that it would not object to the filing of the engagement letter to be under seal. However, Defendant would object to the letter being filed at all because it was not part of the record on appeal. Defendant also requested that I note that Defendant has not yet received a copy of the engagement letter. To the extent needed, Plaintiff's position is that the engagement letter is relevant to one of the issues on appeal and was never requested in the proceedings below, which explains why it was not included in the record.

Based on the above, Plaintiffs respectfully request that it be permitted to file the engagement letter under seal.

We thank the Court for their consideration of this matter.

Respectfully,

Shaya M. Berger

cc:    ECF Counsel of Record for Defendant