UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLIN CORDOVA, as parent and natural
guardian of O.C., and COLLIN CORDOVA,
Individually,

Plaintiffs,

– against –

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

**ORDER**

25-cv-3572 (ER)

Ramos, D.J.:

Collin Cordova, as a parent and natural guardian of O.C., and Cordova, individually, ("Plaintiffs") brought this action on April 29, 2025 pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq., seeking *de novo* review and reversal of a decision issued by the New York State Office of State Review dated December 30, 2024, assigned Case No. 24-362, which dismissed Plaintiffs' appeal and upheld Defendant's cross-appeal of the July 15, 2024 decision of Impartial Hearing Officer Regina Ritcey in the impartial hearing, assigned Case No. 259701.

On October 17, 2025, Plaintiffs moved for summary judgment (the "Motion"). Doc. 12. Defendant filed its opposition to Plaintiffs' Motion and cross-moved for summary judgment (the "Cross-Motion"). Docs. 22, 23. Plaintiffs filed their joint reply in support of the Motion and opposition to the Cross-Motion on April 7, 2026. Doc. 32. If Defendant wishes to file a reply brief in support of its Cross-Motion, it must do so by May 11, 2026. If it does not file a reply brief by then, the Court will consider the Cross Motion fully briefed.

SO ORDERED.

Dated:    May 1, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.

2