UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLIN CORDOVA, *as parent and natural guardian of o.c., and individually*.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION.,

Defendant.

25 CIVIL 03572 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, Cordova's motion for summary judgment is GRANTED in part and the DOE's motion for summary judgment is DENIED. The case is remanded to the SRO; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**