THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

**MEMO ENDORSED**
at page 2

October 20, 2026

**BY ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cordova, et al. v. N.Y.C. Dep't of Educ.* (25-cv-3572)(ER)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, assigned to represent Defendant New York City Department of Education in the above-referenced action. I write to respectfully request that the Court stay its remand of this matter, and all related administrative proceedings, pending the Court's disposition of Defendant's forthcoming motion for reconsideration.

On September 28, 2026, Your Honor issued an Opinion & Order granting in part Plaintiff's motion for summary judgment, denying Defendant's cross-motion for summary judgment, remanding the case to the State Review Officer of the New York State Education Department ("SRO"), and directing the Clerk of Court to terminate the motions and close the case. *See* Dkt. No. 42 (the "Opinion & Order"). On October 2, 2026, the case was closed and remanded. *See* Docket Text. On October 6, 2026, the Clerk of Court entered a Judgment in accordance with Your Honor's directives. *See* Dkt. No. 43 (the "Judgment").

By letter motion dated October 7, 2026, Defendant requested that the Court extend Defendant's deadline to move for reconsideration to November 3, 2026, to the extent that such deadline was not already in place pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. *See* Dkt. No. 44. By Memo Endorsement dated October 8, 2026, Your Honor confirmed that Defendant's deadline to move for reconsideration is November 3, 2026. *See* Dkt. No. 45.

On October 7, 2026, the SRO contacted the parties in connection with the remand and the schedule for further administrative proceedings. Defendant's counsel in the administrative

proceedings conferred with Plaintiff's counsel and requested consent to seek an extension of the deadline to submit supplemental papers until November 11, 2026, and communicated Defendant's position that such request would allow the Court to make appropriate determinations with respect to Defendant's request set forth in the letter motion dated October 7, 2026, without a conflicting deadline before the SRO. In response, Plaintiff's counsel advised that Plaintiff would not consent to an extension until November 11, 2026, but would agree to an initial two-week extension of the deadline. Therefore, by letters dated October 9, 2026, upon mutual consent, both Plaintiff and Defendant's administrative counsel requested that the SRO extend the deadline to submit supplemental papers by two weeks, to October 28, 2026. On October 9, 2026, the SRO granted that request.

Because it is anticipated that Defendant's forthcoming motion will challenge the basis for the Court's remand of this matter to the SRO, Defendant respectfully submits that a stay of administrative proceedings until the Court has resolved that forthcoming motion will promote judicial economy and appropriately preserve the status quo. Additionally, Defendant submits that a stay will cause no prejudice to Plaintiff, as it will merely harmonize the administrative schedule with the motion deadline already established by this Court. In contrast, proceeding at the SRO level at this juncture risks triggering duplicative and potentially moot administrative litigation.

Plaintiff does not consent to this request. Plaintiff's counsel states as follows:

> We do not consent. The SRO has been taking a year or more on decisions. As the attorney on many SRO appeals, I have consistently received letters acknowledging the fact that the decision sent to me was issued well after the 30 day timeline. A stay would only cause even more delay. Therefore, we do not consent.

Accordingly, Defendant respectfully requests that the Court issue an Order staying the remand and directing the SRO to pause all proceedings until the Court has issued a determination on Defendant's forthcoming motion for reconsideration.

Thank you for your consideration of this request.

Respectfully,

/s/_______________________
Darian Alexander
Assistant Corporation Counsel

CC: BY ECF
*all counsel of record*

The application is _X_ granted
____ denied

[signature]
Edgardo Ramos, U.S.D.J
Dated: October 21, 2026
New York, New York