UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLIN CORDOVA, *as parent and natural guardian of O.C., and individually*,

Plaintiff,

*– against –*

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

**ORDER**

25-CV-03572 (ER)

RAMOS, D.J.:

Collin Cordova, on behalf of his child, O.C., filed suit against the New York City Department of Education (the "DOE"), seeking pendency and funding for O.C.'s services received for the 2023–2024 school year. Doc. 1. On September 28, 2026, the Court granted Cordova's motion for summary judgment, denied the DOE's motion for summary judgment, and remanded the case to the State Review Officer. Doc. 42. On November 3, 2026, the DOE moved for reconsideration, Doc. 48, and on November 17, 2026, Cordova filed the opposition, Doc. 51. The DOE is directed to file the reply, if any, by November 25, 2026.

It is SO ORDERED.

Dated: November 18, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.